IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL R. LOVE,

    Plaintiff,

vs.

WARDEN JAMES A. YATES, et al.,

    Defendants.

No. C 11-06412 YGR (PR)

**ORDER OF TRANSFER**

    Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. The acts complained of occurred in Fresno, California and at Pleasant Valley State Prison, which lie within the venue of the United States District Court for the Eastern District of California. Defendants, who are made up of various judges and prison officials, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

DATED: February 2, 2012

                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE

G:\YGRALL\ECF-Ready\Love6412.transfer.wpd

United States District Court
For the Northern District of California